**JS6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRA IMARI HATTEN, on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>NEW DIRECTION SOLUTIONS LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-2497-RGK-E<br><br>**CLASS ACTION**<br><br>[~~Proposed~~] **ORDER GRANTING STIPULATED DISMISSAL**<br><br>**[56]** |

**WHEREFORE THE COURT,** having read and considered to Joint Stipulation for Dismissal of this action, and finding **GOOD CAUSE**, the Court Orders as follows:

1. The Court hereby dismisses the matter currently pending before the Central District Court of California, *Hatten v. New Direction Solutions, Inc.,* Case No. 2:25-cv-2497-RGK-E. Dismissal is warranted pursuant to Rule 41(a)(1)(A)(ii). Plaintiff KIARA IMARI HATTEN's individual wage and hour claims are dismissed with prejudice and any claim, to the extent they are pleaded as class allegations, are dismissed without prejudice.

///

1        2.        Except as set forth by any agreement between the Parties, each party is

2   to bear her or its own attorney's fees and costs.

3   **IT IS SO ORDERED**

4   Dated: 10/29/2025

    _____

5   The Hon. R. Gary Klausner
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21